# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00730-CR

### Ex parte Avery Cato

### FROM THE 453RD DISTRICT COURT OF HAYS COUNTY
### NO. CR-23-5794-D-HC-1, THE HONORABLE SHERRI TIBBE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Avery Cato has filed a motion to dismiss his appeal. The motion is signed by appellant, who filed this appeal pro se. *See* Tex. R. App. P. 42.2(a). We grant the motion and dismiss the appeal. *See id*. R. 42.2(a), 49.1 (authorizing appellant to file motion for rehearing that "clearly state[s] the issues relied on for the rehearing" within fifteen days of court's order).

_____

Maggie Ellis, Justice

Before Chief Justice Byrne, Justices Kelly and Ellis

Dismissed on Appellant's Motion

Filed:   June 18, 2025

Do Not Publish